# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Aboubakry Fofana,

                Petitioner

  v.

Todd Blanche, et al.,

                Respondents

Case No. 2:26-cv-01147-CDS-MDC

**Order Granting the Petitioner's
Motion to Extend Time to File a Reply**

[ECF No. 12]

Counsel for petitioner Aboubakry Fofana seeks a seven-day extension of time, that is until June 15, 2026, to review the record in this case and formulate a reply to respondent John Mattos's response to the amended petition.[1] Mot., ECF No. 12. Good cause appearing,

It is hereby ordered that the petitioner's motion to extend time **[ECF No. 12] is GRANTED**. The petitioner must file his reply by June 15, 2026. The petitioner's June 15, 2026 deadline to respond to the motion to dismiss still stands.

Dated: June 10, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] Counsel indicates in their motion that they did not receive a response from counsel for the respondents, AUSA Tamer Botros. ECF No. 12. The court notes for the record that Mattos, who filed the June 1, 2026 response, is represented by Ashlee Hesman and James Ernest Harper.